**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **KENVA BOYD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIV. ACT. NO. 2:24-cv-299-TFM-N** |
| | ) |
| **FIRST ACCEPTANCE INSURANCE** | ) |
| **COMPANY, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is

**ORDERED, ADJUDGED, and DECREED** that judgment is entered against the Plaintiff and in

favor of Defendant First Acceptance Insurance Company, Inc.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 20th day of May, 2026.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE